IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| PAUL MCMULLIN, individually and on behalf of all others similarly situated,<br><br>                      Plaintiff,<br>v.<br><br>ROBINSON BRYANT INSURANCE AGENCY,<br><br>                      Defendant. | Case No. 3:20-CV-00314-RAH-SRW<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Paul McMullin voluntarily dismisses his claim with prejudice against Defendant Robinson Bryant Insurance Agency.

Dated: July 29, 2020

                                        **BURSOR & FISHER, P.A.**

                                        By:   */s/ Max S. Roberts*
                                                Max S. Roberts

                                        Max S. Roberts (*Pro Hac Vice*)
                                        888 Seventh Avenue, Third Floor
                                        New York, NY 10019
                                        Telephone: (646)-837-7150
                                        Facsimile: (212) 989-9163
                                        Email: mroberts@bursor.com

                                        **MORGAN & MORGAN**
                                        Ike Gulas, ASB 0576 S82T
                                        2031 Second Avenue North
                                        Birmingham, AL 35203
                                        Telephone: (205) 879-1234
                                        Facsimile: (205) 879-1247
                                        Email: igulas@forthepeople.com
                                                          lmorris@forthepeople.com

                                        *Attorney for Plaintiff*