IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PAUL McMULLIN<br>*On behalf of himself*<br>*and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>ROBINSON BRYANT<br>INSURANCE AGENCY,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:20-cv-314-RAH-SRW<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

Upon consideration of the Notice of Voluntary Dismissal, (Doc. 18), filed on July 29, 2020 that requests dismissal of this action with prejudice, for good cause shown, this action is hereby dismissed with prejudice.

All pending deadlines are terminated. The Clerk of the Court is DIRECTED to close the case.

DONE, this the 3rd day of August, 2020.

/s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE